United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victor Frank Schmidt  
     Debtor

Case No. 17-14103-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Oct 03, 2017  
     Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13933571     E-mail/Text: rwatters@pfsc.com Oct 04 2017 01:44:19     CircleBack Lending, Inc.,  PO Box 1719, Portland, OR 97207-1719  
                                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JENNIFER R. ALDERFER    on behalf of Debtor Victor Frank Schmidt jalderfer@zatorlaw.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank National Association  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14103-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Victor Frank Schmidt
11 W. 2nd St., Unit #342
Bethlehem PA 18015

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: CircleBack Lending, Inc., PO Box 1719, Portland, OR 97207-1719

Name and Address of Transferee:

Grassy Sprain Group
Suite C-11, #217
9858 Clint Moore Rd.
Boca Raton, FL  33496

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/05/17

Tim McGrath
**CLERK OF THE COURT**