**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>**VICTOR FRANK SCHMIDT**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-14103 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, Jennifer R. Alderfer, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and the Debtor requests that the court grant the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

                            **ZATOR LAW**

Dated: October 27, 2017     By:     s/Jennifer R. Alderfer, Esquire
                                              Attorney I.D. #93156
                                              4400 Walbert Avenue
                                              Allentown, PA 18104
                                              610-432-1900
                                              610-432-1707 – fax
                                              jalderfer@zatorlaw.com
                                              Attorney for Debtor