UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Victor Frank Schmidt, | : Chapter 13 |
| | : |
| Debtor | : No. 17-14103 |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Lisa M. Johnston, Paralegal, hereby certify that a copy of the Motion for Authorization to Modify Residential Mortgage, Notice of Motion, Response Deadline and Hearing Date and Order was served electronically on this 5th day of January, 2018 upon the following parties at the following addresses:

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street
Suite 500
Philadelphia, PA 19106

AAA Financial Services
P.O. Box 15019
Wilmington, DE 19886-5019

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Banana Republic/SYNCB
PO Box 960017
Orlando, FL 32896-0017

Bank of America
POB 15019
Wilmington, DE 19886-5019

Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

CircleBack Lending, Inc.
PO Box 1719
Portland, OR 97207-1719

Discover Card
PO Box 742655
Cincinnati, OH 45274-2655

Kraemer Textiles
240 S. Main St.
Nazareth, PA 18064

L.L. Bean Visa Card
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

{00692040v2}

Lending Club Corporation
71 Stevenson Street, Suite 300
San Francisco, CA 94105

PNC Bank
Attn: B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820

State Farm Bank
Attn: Bankruptcy Department
P.O. Box 3001
Malvern, PA 19355

TD Bank, N.A.
PO Box 16027
Lewiston, ME 04243-9513

Wawa
PO Box 6406
Sioux Falls, SD 57117-6406

ZATOR LAW

By: _____
Lisa M. Johnston, Paralegal
American Heritage Building
4400 Walbert Avenue at Ridgeview Drive
Allentown, PA 18104
610-432-1900

{00692040v2}