UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Victor Frank Schmidt, | : | Chapter 13 |
| | : | |
| Debtor | : | No. 17-14103 |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, Lisa M. Johnston, Paralegal, hereby certify that a copy of the Amended Schedule J was served electronically on the 8th day of January, 2018 upon the Chapter 13 Trustee, the United States Trustee, and any other parties affected by the amendment at the following addresses:

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

 

By: ZATOR LAW
/s/ Lisa M. Johnston
Lisa M. Johnston, Paralegal
American Heritage Building
4400 Walbert Avenue at Ridgeview Drive
Allentown, PA 18104
610-432-1900

{00694128}