# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In Re: <br><br> **VICTOR FRANK SCHMIDT** <br><br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 17-14103 REF** |
|---|---|

## CERTIFICATE OF NO RESPONSE

I, Jennifer R. Alderfer, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed a Response within the time period set to file a Response to the Motion for Authorization to Modify Residential Mortgage. As a result, Debtor respectfully requests that the Court enter the Order granting the Motion as it is uncontested.

ZATOR LAW

Dated: January 23, 2018    By:    s/Jennifer R. Alderfer, Esquire
Attorney I.D. #93156
4400 Walbert Avenue
Allentown, PA 18104
610-432-1900
610-432-1707 – fax
jalderfer@zatorlaw.com
Attorney for Debtor