UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Victor Frank Schmidt, | : | Chapter 7 |
| | : | |
| Debtor | : | No. 17-14103 |
| | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion for Authorization to Modify Residential Mortgage ("Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

**Date: January 25, 2018**

_____
United States Bankruptcy Judge

**Frederick L. Reigle**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**PO Box 4010**
**Reading, PA 19606**

**PNC Bank**
**Attn: Bankruptcy**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Matteo S. Weiner, Esquire**
**KML Law Group, P.C.**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**

**Jennifer R. Alderfer, Esquire**
**Zator Law**
**4400 Walbert Avenue**
**Allentown, PA 18104**

{00692039v2}