United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victor Frank Schmidt  
     Debtor

Case No. 17-14103-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jan 25, 2018  
                         Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
db          +Victor Frank Schmidt,    11 W. 2nd St., Unit #342,    Bethlehem, PA 18015-1298  
cr          +Grassy Sprain Group,    Suite C-11, #217,    9858 Clint Moore Rd.,    Boca Raton, FL 33496-1034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:50:05    Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:  
             FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
             JENNIFER R. ALDERFER    on behalf of Debtor Victor Frank Schmidt jalderfer@zatorlaw.com  
             LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
             MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com  
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                     TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Victor Frank Schmidt,                :        Chapter 7
                                     :
Debtor                               :        No. 17-14103
                                     :
                                     :

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion for Authorization to Modify Residential Mortgage ("Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

**Date: January 25, 2018**

_____
United States Bankruptcy Judge

**Frederick L. Reigle**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**PO Box 4010**
**Reading, PA 19606**

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Jennifer R. Alderfer, Esquire**
**Zator Law**
**4400 Walbert Avenue**
**Allentown, PA 18104**

**PNC Bank**
**Attn: Bankruptcy**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

**Matteo S. Weiner, Esquire**
**KML Law Group, P.C.**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**

{00692039v2}