# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Victor Frank Schmidt aka Victor F. Schmidt, aka Victor Schmidt | |
| Debtor | CHAPTER 13 |
| PNC Bank, National Association, its successors and/or assigns | |
| Movant | |
| vs. | NO. 17-14103 REF |
| Victor Frank Schmidt aka Victor F. Schmidt, aka Victor Schmidt | |
| Debtor | |
| | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about October 31, 2017 Document No. 20.

Respectfully submitted,

**/s/ Kevin C. McDonald, Esquire**
Kevin C. McDonald, Esquire
kmcdonald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 14, 2018