| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-14103-PMM**

VICTOR FRANK SCHMIDT
11 W. 2ND ST., UNIT #342
BETHLEHEM  PA   18015

Petition Filed Date: 06/12/2017
341 Hearing Date: 08/01/2017
Confirmation Date: 04/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $473.00 | 5678368000 | 02/12/2020 | $473.00 | 5678369000 | 03/12/2020 | $473.00 | 6567837000 |
| 04/13/2020 | $473.00 | 6567838000 | 05/11/2020 | $473.00 | 6567839000 | 06/12/2020 | $473.00 | 6567840000 |
| 07/13/2020 | $473.00 | 6567841000 | 08/12/2020 | $473.00 | 6567842000 | 09/14/2020 | $473.00 | 6567843000 |
| 10/13/2020 | $473.00 | 6567844000 | 11/13/2020 | $473.00 | 6567845000 | 12/14/2020 | $473.00 | 6567846000 |
| 01/11/2021 | $473.00 | 6567847000 | 02/12/2021 | $473.00 | 6567848000 | 03/11/2021 | $473.00 | 7502678000 |
| 04/12/2021 | $473.00 | 7502679000 | 05/10/2021 | $473.00 | 7502680000 | | | |

**Total Receipts for the Period:  $8,041.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $20,602.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK »» 006 | Unsecured Creditors | $769.37 | $100.31 | $669.06 |
| 7 | AMERICAN EXP CENTURION BANK »» 007 | Unsecured Creditors | $1,753.20 | $228.41 | $1,524.79 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $10,310.31 | $1,418.89 | $8,891.42 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $8,779.37 | $1,208.27 | $7,571.10 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $18,193.56 | $2,503.85 | $15,689.71 |
| 2 | GRASSY SPRAIN GROUP INC »» 002 | Unsecured Creditors | $5,807.23 | $799.22 | $5,008.01 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $32,651.66 | $4,185.50 | $28,466.16 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $8,711.37 | $1,198.84 | $7,512.53 |
| 10 | PNC BANK NA »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $32,349.45 | $4,451.88 | $27,897.57 |
| 11 | JENNIFER R ALDERFER ESQUIRE »» 011 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |

**Chapter 13 Case No. 17-14103-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,602.00 | Current Monthly Payment: | $473.00 |
| Paid to Claims: | $18,405.17 | Arrearages: | ($497.00) |
| Paid to Trustee: | $1,752.59 | Total Plan Base: | $26,254.00 |
| Funds on Hand: | $444.24 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.