United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-14103-pmm

Victor Frank Schmidt  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Jun 30, 2022      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Frank Schmidt, 11 W. 2nd St., Unit #342, Bethlehem, PA 18015-1298 |
| 13933569 | | Bank of America, Business Card, PO Box 15796, Wilmington, DE 19886-5796 |
| 13933571 | | CircleBack Lending, Inc., PO Box 1719, Portland, OR 97207-1719 |
| 13933572 | | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 13993416 | + | Grassy Sprain Group, Suite C-11, #217, 9858 Clint Moore Rd., Boca Raton, FL 33496-1034 |
| 13933573 | + | Kraemer Textiles, 240 S. Main St., Nazareth, PA 18064-2796 |
| 13966974 | + | PNC Bank, NA, c/o Matteo S. Weiner, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13933577 | + | State Farm Bank, Attn: Bankruptcy Department, P.O. Box 3001, Malvern, PA 19355-0701 |
| 13933578 | | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 01 2022 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 01 2022 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13933566 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2022 00:22:58 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 13993844 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2022 00:22:59 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13933568 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 01 2022 00:20:00 | Bank of America, POB 15019, Wilmington, DE 19886-5019 |
| 13933565 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 01 2022 00:20:00 | AAA Financial Services, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 13933567 | | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 00:22:58 | Banana Republic/SYNCB, PO Box 960017, Orlando, FL 32896-0017 |
| 13972821 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 01 2022 00:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13938169 | | Email/Text: mrdiscen@discover.com | Jul 01 2022 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13933574 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 01 2022 00:20:00 | L.L. Bean Visa Card, Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 13983412 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2022 00:23:09 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14025329 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2022 00:23:03 | LVNV Funding, LLC its successors and assigns as |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, PO Box 10587, Greenville, SC 29603-0587 |
| 13933575 | + | Email/Text: bk@lendingclub.com | Jul 01 2022 00:20:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 13996408 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2022 00:20:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13933576 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, Attn: B6-YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 14000323 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2022 00:20:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13996453 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:23:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13934187 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 01 2022 00:23:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13933579 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:23:09 | Wawa, PO Box 6406, Sioux Falls, SD 57117-6406 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13933570 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JENNIFER R. ALDERFER | on behalf of Debtor Victor Frank Schmidt jalderfer@zatorlaw.com  awilk@zatorlaw.com;jschanbacher@zatorlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |

District/off: 0313-4  User: admin  Page 3 of 3
Date Rcvd: Jun 30, 2022  Form ID: 138OBJ  Total Noticed: 28

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Victor Frank Schmidt
    Debtor(s)

Case No: 17−14103−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/30/22

50 − 49
Form 138OBJ