| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 17-14103-PMM

VICTOR FRANK SCHMIDT  
11 W. 2ND ST., UNIT #342  
BETHLEHEM  PA    18015

Petition Filed Date: 06/12/2017  
341 Hearing Date: 08/01/2017  
Confirmation Date: 04/19/2018

Case Status: Completed on 4/18/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $473.00 | 7502679000 | 05/10/2021 | $473.00 | 7502680000 | 06/11/2021 | $473.00 | 7502681000 |
| 07/12/2021 | $473.00 | 7502682000 | 08/11/2021 | $473.00 | 7502683000 | 09/13/2021 | $473.00 | 7502684000 |
| 10/12/2021 | $473.00 | 7502685000 | 11/12/2021 | $473.00 | 7502686000 | 12/13/2021 | $473.00 | 7502687000 |
| 01/10/2022 | $473.00 | 7502688000 | 02/11/2022 | $473.00 | 7502689000 | 04/18/2022 | $922.00 | 8405060000 |
| 04/18/2022 | $922.00 | 8408884000 | | | | | | |

**Total Receipts for the Period: $7,047.00    Amount Refunded to Debtor Since Filing: $449.00    Total Receipts Since Filing: $26,703.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK<br>»»  006 | Unsecured Creditors | $769.37 | $141.92 | $627.45 |
| 7 | AMERICAN EXP CENTURION BANK<br>»»  007 | Unsecured Creditors | $1,753.20 | $323.14 | $1,430.06 |
| 3 | BANK OF AMERICA NA<br>»»  003 | Unsecured Creditors | $10,310.31 | $1,900.25 | $8,410.06 |
| 4 | BANK OF AMERICA NA<br>»»  004 | Unsecured Creditors | $8,779.37 | $1,618.16 | $7,161.21 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $18,193.56 | $3,353.25 | $14,840.31 |
| 2 | GRASSY SPRAIN GROUP INC<br>»»  002 | Unsecured Creditors | $5,807.23 | $1,070.36 | $4,736.87 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $32,651.66 | $5,726.62 | $26,925.04 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  008 | Unsecured Creditors | $8,711.37 | $1,605.55 | $7,105.82 |
| 10 | PNC BANK NA<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $32,349.45 | $5,962.18 | $26,387.27 |
| 11 | JENNIFER R ALDERFER ESQUIRE<br>»»  011 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 0 | VICTOR FRANK SCHMIDT | Debtor Refunds | $449.00 | $449.00 | $0.00 |

**Chapter 13 Case No. 17-14103-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,703.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $24,460.43 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,242.57 | Total Plan Base: | $26,254.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.